

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00179-CR

VICTOR ORTIZ GONZALEZ, Appellant § On Appeal from the 432nd District Court

§ of Tarrant County (1497894D)

V. § May 11, 2023

§ Memorandum Opinion by Justice Kerr

THE STATE OF TEXAS § (nfp)

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgments. We affirm the trial court's judgments. But the court also holds that the funds-withdrawal notification contains an error in the amount that can be withdrawn. We modify the funds-withdrawal notification to delete $10,000 so that the amount the Texas Department of Criminal Justice may withdraw from Victor Ortiz Gonzalez's inmate account is $10,319.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr